IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McQuerter, Carolyn Y | Case Number: 07 B 01871 |
| | Judge: Squires, John H |
| Printed: 10/29/08 | Filed: 2/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 27, 2008
Confirmed: June 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,148.96 | |
| Secured: | | 5,208.41 |
| Unsecured: | | 681.09 |
| Priority: | | 0.00 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 447.40 |
| Other Funds: | | 12.06 |
| Totals: | 8,148.96 | 8,148.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 253.11 | 253.11 |
| 4. | Wells Fargo Fin Acceptance | Secured | 505.65 | 505.65 |
| 5. | Cenlar Federal Savings Bank | Secured | 5,668.35 | 4,449.65 |
| 6. | Department of Veteran Affairs | Unsecured | 5,874.64 | 469.34 |
| 7. | RoundUp Funding LLC | Unsecured | 577.34 | 46.12 |
| 8. | Monterey Financial Services | Unsecured | 646.40 | 51.64 |
| 9. | ECast Settlement Corp | Unsecured | 1,426.84 | 113.99 |
| 10. | Gurnee Radiology Center | Unsecured | 141.46 | 0.00 |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Gurnee Radiology Center | Unsecured | | No Claim Filed |
| 16. | Source One | Unsecured | | No Claim Filed |
| 17. | Medical Payment Data | Unsecured | | No Claim Filed |
| | | | $ 16,893.79 | $ 7,689.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 400.05 |
| 6.5% | 47.35 |
| | $ 447.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McQuerter, Carolyn Y

Printed: 10/29/08

Case Number:  07 B 01871
Judge: Squires, John H
Filed:  2/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

